INTERNATIONAL PAPER COMPANY, Respondent, v. JEREMIAH T. CAREY, Individually and as President of the INTERNATIONAL BROTHERHOOD OF PAPER

———
* See Code Crim. Proc. § 914 *et seq.*— [REP.

MAKERS, and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE KELLAM & SHAFFER COMPANY, Respondent, v. THE VILLAGE OF RAVENA, NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.